No. 1116. PORTER, PRICE ADMINISTRATOR, *v.* LEE ET AL.; and

No. 1117. PORTER, PRICE ADMINISTRATOR, *v.* LEE ET AL. April 29, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.

*Solicitor General McGrath* for petitioner. *Howell W. Vincent* for respondents.